UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANNY JAMES ENQUIST,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>F. CHAVEZ,<br><br>    Respondent - Appellee. | No. 12-17560<br><br>D.C. No. 2:11-cv-00572-JAM<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:  CLIFTON, BEA, and WATFORD, Circuit Judges.

California state prisoner Danny James Enquist appealed the district court's dismissal of his 28 U.S.C. § 2254 habeas petition as untimely. On March 17, 2014, the Attorney General of the State of California informed the court that Enquist had died in prison on November 10, 2013. Accordingly, we dismiss the appeal as moot and remand the case to the district court for further proceedings as may be required, including dismissal of the petition and vacatur of all orders. *See Stanley v. Ryan*, 716 F.3d 1272 (9th Cir. 2013).

**DISMISSED and REMANDED.**